**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH F. BELL, PH.D., §<br>§<br>Plaintiff, §<br>§<br>-v- §<br>§<br>HUDSON VALLEY HYPE ENTERPRISES, §<br>LLC §<br>§<br>Defendants. §<br>§ | Case No. 7:18-cv-09443-KMK |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION

The parties have agreed to resolve this case. Pursuant to the agreement of the parties, the parties request that the Court render the proposed Final Judgment and Permanent Injunction filed concurrently with this motion.

WHEREFORE, the parties pray that this motion be granted, and for all other and further relief to which they are justly entitled.

*Plaintiff must update the Court and provide supporting documentation by 3/10/20*

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

3/5/20