## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KEITH F. BELL, PH.D., | § § § | |
| Plaintiff, | § § | |
| -v- | § § | Case No. 7:18-cv-09443-KMK |
| HUDSON VALLEY HYPE ENTERPRISES, LLC | § § § | |
| Defendants. | § § | |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION

The parties have agreed to resolve this case. Pursuant to the agreement of the parties, the parties request that the Court render the proposed Final Judgment and Permanent Injunction filed concurrently with this motion.

WHEREFORE, the parties pray that this motion be granted, and for all other and further relief to which they are justly entitled.

Dated: December 12, 2019

                                   Respectfully submitted,

                                   *s/Mark N. Mutterperl*
                                   Mark N. Mutterperl
                                   **ZEISLER PLLC**
                                   800 Third Avenue, Suite 2800
                                   New York, NY 10022
                                   Telephone: 917.410.7941
                                   mark@zeisler-law.com

                                   **ATTORNEYS FOR PLAINTIFF**

Motion Granted.

So Ordered.

/s/ KMK

3/10/20