UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEITH F. BELL, PH.D.,

    *Plaintiff,*

v.

HUDSON VALLEY HYPE ENTERPRISES, LLC,

    *Defendant.*

No. 18-CV-9443 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

On March 10, 2020, the Clerk of Court entered a Final Judgment and Permanent Injunction against Hudson Valley Hype Enterprises, LLC ("Defendant"). (*See* Agreed Final Judgment And Permanent Injunction ("Final Judgment") (Dkt. No. 24).) On June 11, 2025, Keith F. Bell, Ph.D. ("Plaintiff") filed a Motion for Enforcement of Order and Contempt of Court. (*See* Motion for Enforcement of Order and Contempt of Court ("Motion for Contempt") (Dkt. No. 26).)

Upon consideration of the documents, it is hereby:

ORDERED that Plaintiff shall serve a copy of the Motion for Contempt, any supporting papers, and this Order by mail to Defendant's address and the methods described in Rule 4 of the Federal Rules of Civil Procedure; and it is further

ORDERED that Defendant's objections to the relief requested or answering papers shall be filed by July 26, 2025.

SO ORDERED.

Dated: June 27, 2025
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge