# MEMO ENDORSED

RECEIVED
JUN 11 2025
PRO SE OFFICE

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KEITH F. BELL, PH.D. | § | |
| Plaintiff, Pro se | | |
| -vs- | § | Case No.: 7:18-cv-09443-KMK |
| HUDSON VALLEY HYPE ENTERPRISES, LLC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## MOTION FOR ENFORCEMENT OF ORDER AND CONTEMPT OF COURT

Keith F. Bell, Plaintiff, comes today to make the Court aware of the infractions of Defendant, Hudson Valley Hype, and brings this motion for enforcement and contempt against Defendant, and states as follows:

## FACTUAL BACKGROUND

1. On March 10, 2020 the Court entered an AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION [DE 24] and found in favor of Plaintiff for Plaintiff's claims of copyright infringement and trademark infringement by Defendant.

2. The Court ORDERED [DE 24. ¶2] that "Defendant, and those acting in concert or participation with Defendant are permanently enjoined and restrained from:

   a) Infringing Plaintiff's federal trademark registration;

1

MEMO ENDORSED

b) Copying, using, or publicly displaying the Infringed Work or constituent elements thereof that are original;

c) Creating any derivative works based on the Infringed Work (either individually or with a third party) without first obtaining a license or assignment from Plaintiff that allows Defendant to do so;

d) Any further use of the infringed Work or any other intellectual property of Plaintiff without first obtaining the requisite license from Plaintiff; and

e) Otherwise infringing the rights of Plaintiff with respect to the Infringed Work and Plaintiff's trademark."

3. Defendant was further ordered: "to remove from sale or display any and all social media posts, advertisements, products, catalogs and any other items or goods bearing marks, content, or other words inconsistent with this order. [DE 24. ¶3]

4. Plaintiff, as a copyright owner, has the sole authority to give license to reproduce, display, and distribute Plaintiff's Intellectual Property ("IP").

5. Plaintiff does not license these rights to anyone at this time and has not licensed these rights since the Court's 2020 Order, nor has Defendant requested permission.

6. Defendant has failed, as per the Court's March 2020 Order, to "remove from sale or display" the image which was deemed by the Court as an infringement. [DE 1. Exhibit F. Herein attached as Exhibit 1]

7. This infringing post is currently on display in two (2) different locations on the Internet[1,2] and included herein as Exhibit 2 and Exhibit 3.

8. Defendant has made this post available to at least 5.3 billion persons in the world who have access to the Internet.

---

[1]https://www.facebook.com/hudsonvalleyhype/photos/a.143091312404545/1086991891347811/?type=3&locale2=de_DE&_rdr (Exhibit 2 "photos")

[2]https://www.facebook.com/hudsonvalleyhype/posts/winning-isnt-normalwining-isnt-normal-that-doesnt-mean-there-is-anything-wrong-w/1086991891347811/ (Exhibit 3 "posts")

## SUMMARY

9.      Defendant has violated the Court's JUDGMENT AND PERMANENT INJUNCTION by failing to remove Plaintiff's IP from the Internet in two (2) locations. This unauthorized, willful, commercial action/inaction which has resulted in the long-time continued display of Plaintiff's IP is not only against the Court's Order but it encourages others to steal Plaintiff's IP, which has led to a cascade of unauthorized use which is tremendously harmful to Plaintiff.

10.      Defendant acted with reckless disregard of the consequences of Defendant's actions and in so doing, has not only failed to obey Copyright law, but additionally has sneered in the face of the Copyright Act and creators throughout the world.

11.      Plaintiff seeks the full amount of damages allowed by law, seeks any other relief the Court deems fair and reasonable, and any sanctions that would act as a deterrent to such future actions.

## PRAYER

**WHEREFORE**, Dr. Bell respectfully requests that the Court:

A.  Enter a judgment granting this motion for Enforcement of Order and Contempt of Court including sanctions on Defendant.

B.  Award Plaintiff the full amount of damages allowed by law, including actual and/or willful statutory damages for Defendant's ongoing infringement.

C.  Grant Plaintiff any other relief this Court deems fair and reasonable.

Date:  June 4, 2025

Respectfully submitted,

Dr. Keith F. Bell, Pro se
3101 Mistyglen Circle
Austin, Texas 78746
512-327-2260
drkeithbell@gmail.com

3

**MEMO ENDORSED**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2025 I mailed by certified mail, a copy of this filing to Defendant who is self-represented and whose address, according to New York Department of State records, is:

Hudson Valley Hype Enterprises, LLC
c/o Allen Pickett, CEO
406 Everett Place
Maybrook, NY, 12543

Dr. Keith Bell, pro se

Plaintiff's Motion for Contempt, (Dkt. No. 26), is denied with leave to renew.  On June 27, 2025, the Court ordered Plaintiff to serve a copy of this Motion on Defendant.  (*See* Dkt. No. 27.)  Despite approximately nine months having elapsed since the Court's direction to do so, Plaintiff has filed no proof of service on the docket.  (*See generally* Dkt.)  As a result, it is "unclear whether the motion ha[s] been properly served," and it would be premature for the Court to adjudicate the merits of Plaintiff's Motion.  *Reich v. Casabella Landscaping, Inc.*, No. 21-CV-9327, 2024 WL 4950033, at *2 (S.D.N.Y. Dec. 3, 2024); *see also Everyday People NYC LLC v. Ali*, No. 23-CV-2436, 2024 WL 3912820, at *9 (E.D.N.Y. Aug. 23, 2024) (recommending denial of a motion for default judgment without prejudice due to deficient service).  Plaintiff may refile his Motion if he so chooses.  Plaintiff is directed to serve Defendant with any future motion that Plaintiff files, and to file proof of service on the docket.

The Clerk of Court is respectfully directed to termination the Motion pending at Docket Number 26.

SO ORDERED.

March 26, 2026

4

MEMO ENDORSED

# EXHIBIT 1



facebook  Sign Up

Email or Phone    Password    Log In

Forgot account?

**Hudson Valley Hype**
June 27, 2016 ·

Winning Isn't Normal
Wining isn't normal. That doesn't mean there is anything wrong with
winning. It just isn't the norm. It is highly unusual.
Every basketball game has only one winner. No matter how many teams
are entered only one team, wins.
Winning is unusual. As such it requires unusual action.
In order to win you must do extraordinary things. You can't just be one of
the crowd. The crowd doesn't win. You have to be willing to stand out and
act differently.
You actions need to reflect unusual values and priorities. You have to value
success more than others do. You have to want it more. Wanting it more is
a decision you make and act upon- not some inherent quality or burning
inner drive or inspiration. And you have to make that value a priority.
You can't train like everyone else. You have to train more and train better.
You can't talk like everyone else. You can't think like everyone else. You
can't be too willing to join the crowd, to do what is expected, to act in a
socially acceptable manner, to do what's "in". You need to be willing to
stand out in the crowd and consistently take exceptional action. If you
want to win, you need to accept the risks and perhaps the loneliness...
because winning isn't normal.
Summer basketball training has already started, reserve your day/session
now contact Hudson Valley Hype Enterprises, LLC now spots are limited.

English (US) · Esp
Français (France)

Privacy · Terms ·
Cookies · More ·

Facebook © 201



4 Likes

# MEMO ENDORSED

Case 7:18-cv-09443-KMK   Document 30   Filed 03/26/26   Page 7 of 12

# MEMO ENDORSED

MEMO ENDORSED

# EXHIBIT 2

Case 7:18-cv-09443-KMK   Document 30   Filed 03/26/26   Page 9 of 12



**Hudson Valley Hype**
June 27, 2016 · 🌐

Winning Isn't Normal
Wining isn't normal. That doesn't mean there is anything wrong with winning. It just isn't the norm. It is highly unusual.
Every basketball game has only one winner. No matter how many teams are entered only one team, wins.
Winning is unusual. As such it requires unusual action.
In order to win you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.
You actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. Wanting it more is a decision you make and act upon- not some inherent quality or burning inner drive or inspiration. And you have to make that value a priority.
You can't train like everyone else. You have to train more and train better.
You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially acceptable manner, to do what's "in". You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness... because winning isn't normal.
Summer basketball training has already started, reserve your day/session now contact Hudson Valley Hype Enterprises, LLC now spots are limited.
See less

MEMO ENDORSED

# EXHIBIT 3

# MEMO ENDORSED

 (20+) Winning Isn't Normal W    ✕    +

← → C    🔒 facebook.com/hudsonvalleyhype/posts/winning-isnt

View as Analog
✓ View as Digital

Open Date & Time Preferences...

## Hudson Valley Hype's Post

 **Hudson Valley Hype** ✓
June 27, 2016 · 🌐

Winning Isn't Normal
Wining isn't normal. That doesn't mean there is anything wrong with winning. It just isn't the norm. It is highly unusual.
Every basketball game has only one winner. No matter how many teams are entered only one team, wins. Winning is unusual. As such it requires unusual action.
In order to win you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.
You actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. Wanting it more is a decision you make and act upon- not some inherent quality or burning inner drive or inspiration. And you have to make that value a priority.
You can't train like everyone else. You have to train more and train better.
You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially acceptable manner, to do what's "in". You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness...because winning isn't normal.
Summer basketball training has already started, reserve your day/session now contact Hudson Valley Hype Enterprises, LLC now spots are limited.





PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Ⓑ Keith F. Bell
3101 Mistyglen Cir.
Austin, TX 78746-7811

RECEIVED
JUN 10 2025

USM4P
SDNY

TO: U.S. District Court
FOR THE Southern District of NewYork
500 Pearl St. Rm. 120
New York N.Y. 10007

RECEIVED

Label 228, March 2016       FOR DOMESTIC AND INTERNATIONAL USE
JUN 11 2025
PRO SE OFFICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

how2recycle.info